**[Cite as *State Farm Ins. v. Univ. of Akron*, 2010-Ohio-3641.]**

Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

STATE FARM INSURANCE

   Plaintiff

   v.

UNIVERSITY OF AKRON

   Defendant

   Case No. 2010-01395-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On January 21, 2010, this court issued an entry ordering plaintiff entity to obtain counsel to proceed with this claim, to file a notice of appearance, and an amended complaint with this court.  Plaintiff entity was also ordered to submit the $25.00 filing fee or a poverty statement or face dismissal of its case.  Plaintiff entity has failed to comply with the court orders.  Therefore, plaintiff entity's case is DISMISSED without prejudice .3pursuant to Civ.R. 41.  The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

State Farm Insurance
Kay Edgcomb
P.O. Box 2371
Bloomington, Illinois  61702-2371

DRB/laa
Filed 3/19/10
Sent to S.C. reporter 8/6/10